# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DOUGLAS L. ANDERSON & MARGO E. ANDERSON          Case Number: 05-75919
2039 COLLINGSWOOD RD.          SSN-xxx-xx-6830 & xxx-xx-0321
COLUMBUS, OH  43221

Case filed on: 10/9/2005
Plan Confirmed on: 2/17/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $36,620.27          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 790.00 | 790.00 | 790.00 | 0.00 |
|  | Total Legal | 790.00 | 790.00 | 790.00 | 0.00 |
| 024 | ICS COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | DOUGLAS L. ANDERSON | 0.00 | 0.00 | 15,020.27 | 0.00 |
| 999 | DOUGLAS L. ANDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 15,020.27 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 9,400.00 | 9,400.00 | 9,400.00 | 1,235.80 |
| 031 | DELL FINANCIAL SERVICES | 500.00 | 500.00 | 500.00 | 49.95 |
|  | Total Secured | 9,900.00 | 9,900.00 | 9,900.00 | 1,285.75 |
| 003 | WELLS FARGO AUTO FINANCE | 51.01 | 51.01 | 3.69 | 0.00 |
| 004 | AMERICAN EXPRESS CENTURION BANK | 470.85 | 470.85 | 33.96 | 0.00 |
| 005 | ASPIRE VISA | 4,248.06 | 4,248.06 | 306.41 | 0.00 |
| 006 | ACTION CARD MASTERCARD CLASSIC | 1,870.11 | 1,870.11 | 134.88 | 0.00 |
| 007 | BANK OF AMERICA | 6,637.98 | 6,637.98 | 478.79 | 0.00 |
| 008 | BANK OF AMERICA | 2,227.95 | 2,227.95 | 160.70 | 0.00 |
| 009 | BANK OF AMERICA | 12,906.64 | 12,906.64 | 930.94 | 0.00 |
| 010 | CAPITAL ONE | 1,227.23 | 1,227.23 | 88.52 | 0.00 |
| 011 | CAPITAL ONE | 1,990.62 | 1,990.62 | 143.58 | 0.00 |
| 012 | CAPITAL ONE | 875.29 | 875.29 | 63.13 | 0.00 |
| 013 | CAPITAL ONE | 2,286.53 | 2,286.53 | 164.92 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 14,516.23 | 14,516.23 | 1,047.04 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 1,120.44 | 1,120.44 | 80.81 | 0.00 |
| 016 | PORTFOLIO RECOVERY ASSOCIATES | 4,396.48 | 4,396.48 | 317.11 | 0.00 |
| 017 | LVNV FUNDING LLC | 3,657.07 | 3,657.07 | 263.78 | 0.00 |
| 018 | LVNV FUNDING LLC | 1,283.81 | 1,283.81 | 92.60 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 11,358.10 | 11,358.10 | 819.25 | 0.00 |
| 020 | DIRECT MERCHANT'S BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | DISCOVER FINANCIAL SERVICES | 3,992.68 | 3,992.68 | 287.99 | 0.00 |
| 022 | DISCOVER FINANCIAL SERVICES | 6,640.85 | 6,640.85 | 479.00 | 0.00 |
| 023 | GOOD SHEPARD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | KOHL'S DEPARTMENT STORE | 1,298.00 | 1,298.00 | 93.62 | 0.00 |
| 026 | PORTFOLIO RECOVERY ASSOCIATES | 2,630.54 | 2,630.54 | 189.74 | 0.00 |
| 027 | PORTFOLIO RECOVERY ASSOCIATES | 8,088.13 | 8,088.13 | 583.39 | 0.00 |
| 028 | SEARS GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ST. ALEXIUS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROUNDUP FUNDING LLC | 3,219.14 | 3,219.14 | 232.20 | 0.00 |
| 032 | PORTFOLIO RECOVERY ASSOCIATES | 10,874.46 | 10,874.46 | 784.36 | 0.00 |
| 033 | ECAST SETTLEMENT CORPORATION | 384.19 | 384.19 | 27.72 | 0.00 |
| 034 | ECAST SETTLEMENT CORPORATION | 5,782.66 | 5,782.66 | 417.10 | 0.00 |
|  | Total Unsecured | 114,035.05 | 114,035.05 | 8,225.23 | 0.00 |
|  | Grand Total: | 124,725.05 | 124,725.05 | 33,935.50 | 1,285.75 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $35,221.25 |
| Trustee Allowance: | $1,399.02 |
| Percent Paid Unsecured: | 7.21 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                        /s/ Lydia S. Meyer
                                                     Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009          By  /s/Heather M. Fagan